# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

GREGORY F. JOHNS and
BARBARA GARCIA-JOHNS,

        Debtors.

Case No. 13-09197

Chapter 13

Hon. James D. Gregg

Marshall A. Yee (P35859)
KEMPF & YEE
Attorney for Debtors
913 W. Holmes Rd., Ste. 130
Lansing, MI 48910
(517) 394-4430
_____/

## PRECONFIRMATION AMENDMENT TO CHAPTER 13 PLAN

    NOW COME the Debtors, GREGORY F. JOHNS & BARBARA GARCIA-JOHNS, and hereby amend their Chapter 13 Plan as follows:

1. Paragraph III. F. 1. of the original Plan is hereby rescinded and replaced by:

   <u>General Unsecured Creditors:</u>  Claims in this class are paid from funds available after payment to all other classes.  The payment allowed to the general unsecured claimants will be satisfied by:

   (X) Payment of a dividend of 100%.

    In all other respects the Plan previously filed remains unchanged.


Dated: 1/02/14

                /s/
Gregory F. Johns
Debtor

                /s/
Barbara Garcia-Johns
Debtor

Dated: 1/02/14

                /s/
Marshall A. Yee (P35859)
Attorney for Debtors